IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

HAROLD KEVIN KENT,

    Petitioner,

v.

WARDEN,

    Respondent.

CIVIL ACTION NO.: 6:22-cv-53

## ORDER

After independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Doc. 6. Petitioner Harold Kent ("Kent") did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Kent's 28 U.S.C. § 2254 Petition as untimely filed, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Kent leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 29th day of March, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA