AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

HAROLD KEVIN KENT,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV622-53

WARDEN,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated March 29, 2023, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the Court. The 28 U.S.C. § 2254 petition is dismissed. The Court denies a COA and in forma pauperis status on appeal. This case stands closed.



| 3/29/23 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020